95–1944.   State v. Kuehne.   *Hamilton County,* No. C–940380.   Reported at 74 Ohio St.3d 1482, 657 N.E.2d 1376.   On motion for reconsideration.   Motion denied.

WRIGHT and PFEIFER, JJ., dissent.

## DISCIPLINARY DOCKET

91–2500.   Disciplinary Counsel v. Oglesby.   On application of Geoffrey Lynn Oglesby for termination of probation.   Application denied.

COOK, J., would also immediately impose a six-month suspension.

RESNICK and PFEIFER, JJ., dissent and would grant the application.

92–419.   Disciplinary Counsel v. McMahon.   On motion for an order to appear and show cause. Motion granted.

## MISCELLANEOUS DOCKET

95–2421.   In re Application of White.   The recommendation of the Board of Commissioners on Character and Fitness is approved.